**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

MERLINE SAMBO YABADI

CIVIL ACTION NO. 26-0555

VERSUS

JUDGE S. MAURICE HICKS, JR.

U.S. IMMIGRATION &
CUSTOMS ENFORCEMENT

MAGISTRATE JUDGE LEBLANC

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Respondents' Motion to Dismiss (Record Document 19) be **GRANTED**.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 12th day of June, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE